THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SALVADOR FLORES, Defendant-Appellant.

(No. 56850; ▉▉▉▉▉▉▉▉

First District—December 4, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Richard J. Horka, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and Themis N. Karnezis, Assistant State's Attorneys, of counsel.) for the People.